IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TIMOTHY FINWALL, | ) | |
| | ) | No.    04 C 4663 |
| Plaintiff, | ) | |
| | ) | JUDGE MANNING |
| v. | ) | |
| | ) | |
| | ) | |
| CITY OF CHICAGO, et al., | ) | Magistrate Judge COLE |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' JOINT MOTION TO BAR THE OPINIONS OF
PLAINTIFF'S EXPERTS PURSUANT TO FEDERAL RULES
OF CIVIL PROCEDURE 37 AND 26(a)(2)**

Defendant City of Chicago, by its attorney Mara S. Georges, Corporation Counsel for the City of Chicago, Detectives Martin Garcia and Dion Boyd, by one of their attorneys, Torreya L. Hamilton, and Defendant Mary Boswell, by one of her attorneys, Catherine A. Miller of FREEBORN & PETERS, jointly and respectfully move this Honorable Court to bar the opinions of Plaintiff's four expert witnesses.   The reasons for this motion are set forth in detail in Defendants' joint supporting memorandum of law, filed contemporaneously with this motion.

RESPECTFULLY SUBMITTED,

**MARTIN GARCIA and DION BOYD**

By:   /s/ Torreya L. Hamilton
        One of Their Attorneys

Torreya L. Hamilton (06229397)
Assistant Corporation Counsel
30 North LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 744-6905
*Attorneys for Defendants, Martin Garcia and Dion Boyd*

**CITY OF CHICAGO**

By:     /s/ Sara L. Ellis
       One of Its Attorneys

Sara L. Ellis (06224868)
Assistant Corporation Counsel
City of Chicago
30 North LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 744-8307
*Attorneys for Defendant, City of Chicago*


**MARY BOSWELL**

By:     /s/ Catherine A. Miller
       One of Her Attorneys

Richard T. Sikes, Jr. (3128217)
Catherine A. Miller (6270278)
Rachel E.A. Atterberry (6282453)
Freeborn & Peters LLP
311 South Wacker Drive, Suite 3000
Chicago, Illinois 60606-6677
(312) 360-6000
*Attorneys for Defendant, Mary Boswell*