# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Blanche M. Manning | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 04 C 4663 | **DATE** | 10/23/2007 |
| **CASE TITLE** | Finwall vs. City of Chicago, et al. | | |

**DOCKET ENTRY TEXT**

Jury returns its verdict in favor of plaintiff Timothy Finwall and against defendant detectives Martin Garcia and Dion Boyd. Court enters judgment on the verdict in favor of plaintiff in the amount of $2,025,000.00. Trial ends - jury.

Docketing to mail notices.
*Mail AO 450 form.

00:15

| | Courtroom Deputy Initials: | rs |
|---|---|---|