# United States District Court
## Northern District of Illinois
### Eastern Division

Timothy Finwall                **JUDGMENT IN A CIVIL CASE**

v.                                Case Number: 04 C 4663

Detective Martin Garcia, Detective Dion Boyd

- ■ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

- ☐ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Timothy Finwall and against defendant detectives Martin Garcia and Dion Boyd in the amount of $2,025,000.00.

Michael W. Dobbins, Clerk of Court

Date: 10/23/2007

/s/ Robbie Hunt, Deputy Clerk